UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-23593-CIV-CANNON

**ELVIS MULI MBUTHA,**

    Petitioner,

v.

**U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,**

    Respondent.
_____/

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

    **THIS CAUSE** comes before the Court upon the Motion for Leave to Proceed *in forma pauperis*, filed by *pro se* Petitioner Elvis Muli Mbutha in connection with his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 3]. Petitioner, a non-prisoner for purposes of 28 U.S.C. § 1915(a)(1), has filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" with incorporated affidavit [ECF No. 3]. Petitioner states that he earns $5 gross per day as a worker at Krome Detention Center, where he is currently housed, and has $286 in a checking/savings account [ECF No. 3].

    It is well settled that a petitioner is permitted to file a civil action in federal court without prepayment of fees or security if he alleges in an affidavit that he is unable to pay such fees or give security therefore. *See* 28 U.S.C. § 1915(a)(1); *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004) (explaining that § 1915(a)(1) applies to all persons requesting leave to proceed IFP). A district court has wide discretion in determining whether to grant an applicant's motion to proceed IFP and should determine, in the exercise of that discretion, whether the

statements in the provided affidavits meet the poverty requirement. *Martinez*, 364 F.3d at 1306, 1308; *see also Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 338-40 (1948).

Applying the general provisions of 28 U.S.C. § 1915(a) given Petitioner's non-prisoner status, Petitioner's account statement and affidavit attesting that he maintains only $286.00 in his Resident Account and has no other assets to report of any kind are sufficient to permit Petitioner to proceed IFP.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's IFP Motion [ECF No. 3] is **GRANTED**. Petitioner is not required to pay the filing fee for this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of September 2025.

                                          **AILEEN M. CANNON**
                                          UNITED STATES DISTRICT JUDGE

cc:    **Elvis Muli Mbutha,** *pro se*
       A-060-755-480
       Krome Service Processing Center
       Inmate Mail/Parcels
       18201 S.W. 12th Street
       Miami, FL 33194

       **Noticing 2241/*Bivens* U.S. Attorney**
       Email: usafls-2255@usdoj.gov

       **Noticing INS Attorney**
       Email: usafls-immigration@usdoj.gov